1

2

3

4

5       UNITED STATES DISTRICT COURT

6       NORTHERN DISTRICT OF CALIFORNIA

7       OAKLAND DIVISION

8   UNITED STATES OF AMERICA,            )      No. CR-11-00291 SBA
                                         )
9        Plaintiff,                      )      ORDER GRANTING STIPULATED
                                         )      REQUEST TO CONTINUE CHANGE OF
10       v.                              )      PLEA AND SENTENCING TO
                                         )      FEBRUARY 15, 2012 AND TO EXCLUDE
11  HONORATO ESQUIVIAS PADILLA,          )      TIME UNDER THE SPEEDY TRIAL ACT
                                         )
12       Defendant.                      )      Date:     January 27, 2012
                                         )      Time:     10:00 a.m.
13                                       )      Court:    Hon. Saundra Brown
                                         )                Armstrong
14  _____ )
                                         )
15

16      The parties requested that the change of plea and sentencing hearing in this matter set for

17  January 27, 2012 be continued to February 15, 2012 at 10:00 a.m.  The parties further requested

18  that time be excluded pursuant to the Speedy Trial Act between January 17, 2012 and February

19  15, 2012 for (1) continuity of government counsel, and (2) for consideration by the Court of a

20  proposed plea agreement to be entered into by the defendant and the attorney for the

21  government.

22      The parties previously submitted a proposed plea agreement for the Court's

23  consideration.  Accordingly, in order to allow time for the Court to consider the proposed plea

24  agreement and the Pre-Plea Presentence Investigation Report ("PSR"), the parties stipulated and

25  agreed that the time between January 17, 2012 and February 15, 2012 should be excluded

26  pursuant to the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for

27  consideration by the Court of a proposed plea agreement to be entered into by the defendant and

28

STIP. REQ. TO CONTINUE CHANGE OF PLEA & SENTENCING
TO FEBRUARY 15, 2012 & TO EXCLUDE TIME
No. CR-11-00291 SBA

1   the attorney for the government.  Defendant continues to agree that the Court may review the

2   PSR even though he has not yet pleaded guilty.

3        Additionally, in light of the unavailability of lead counsel for the United States, the

4   parties agreed the ends of justice served by granting the continuance outweigh the best interests

5   of the public and defendant in a speedy trial.  Therefore, the parties further stipulated and

6   requested that the Court exclude time between January 17, 2012 and February 15, 2012 pursuant

7   to the Speedy Trial Act for continuity of government counsel and pursuant to 18 U.S.C. §§

8   3161(h)(7)(A) and (B)(iv).

9        Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(1)(G) and

10  3161(h)(7)(A) and (B)(iv),

11       **IT IS HEREBY ORDERED** that this matter is continued to February 15, 2012 at 10:00

12  a.m. for change of plea and sentencing, and that time between January 17, 2012 and February 15,

13  2012 is excluded pursuant to the Speedy Trial Act, and specifically pursuant to (1) 18 U.S.C. §

14  3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by

15  the defendant and the attorney for the government, and (2) 18 U.S.C. §§ 3161(h)(7)(A) and

16  (B)(iv), for continuity of government counsel.

17

18  DATED:__1/17/12                          _____
                                            HON. SAUNDRA BROWN ARMSTRONG
19                                          United States District Court Judge

20

21

22

23

24

25

26

27

28

STIP. REQ. TO CONTINUE CHANGE OF PLEA & SENTENCING
TO FEBRUARY 15, 2012 & TO EXCLUDE TIME
No. CR-11-00291 SBA