UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>HONORATO ESQUIVIAS PADILLA,<br><br>    Defendant. | No. CR-11-00291 SBA<br><br>ORDER GRANTING STIPULATED REQUEST TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT UNTIL FEBRUARY 27, 2012<br><br>Date:   February 27, 2012<br>Time:  10:00 a.m.<br>Court:  Hon. Saundra Brown Armstrong |

The change of plea and sentencing hearing in this matter has been continued to February 27, 2012 at 10:00 a.m. The parties requested that time be excluded pursuant to the Speedy Trial Act between February 8, 2012 and February 27, 2012 for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

The parties previously submitted a proposed plea agreement for the Court's consideration. Accordingly, in order to allow time for the Court to consider the proposed plea agreement and the Pre-Plea Presentence Investigation Report ("PSR"), the parties stipulated and

STIP. REQ. TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT
TO FEBRUARY 27, 2012
No. CR-11-00291 SBA

agreed that the time between February 8, 2012 and February 27, 2012 should be excluded pursuant to the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.  Defendant continues to agree that the Court may review the PSR even though he has not yet pleaded guilty.

Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(G),

**IT IS HEREBY ORDERED** that time between February 8, 2012 and February 27, 2012 is excluded pursuant to the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

DATED:__2/9/12                                          _____
                                                        HON. SAUNDRA BROWN ARMSTRONG
                                                        United States District Court Judge

STIP. REQ. TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT
TO FEBRUARY 27, 2012
No. CR-11-00291 SBA